UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JUDITH H. IAM,<br><br>  Plaintiff,<br><br> v.<br><br>WASHINGTON MUTUAL BANK, F.A.; JP MORGAN CHASE BANK, N.A.; CHASE HOME FINANCE; CALIFORNIA RECONVEYANCE COMPANY; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS; R.K. ARNOLD; and Does 1-20,<br><br>  Defendants. | Case No. 12-cv-4106 NC<br><br>**NOTICE OF DEFICIENCY; ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

Plaintiff Judith Iam filed this action for wrongful foreclosure against defendants Washington Mutual, JP Morgan Chase Bank, California Reconveyance Company, Fidelity National Title Company, Mortgage Electronic Registration Systems, and individual R.K. Arnold, President and CEO of Mortgage Electronic Registration Systems on August 3, 2012.  Compl., Dkt. No. 1.

An initial case management conference is scheduled for November 7, 2012.  As of the date of this order, however, plaintiff has failed to provide the clerk's office with the current addresses of defendants and thus no defendant has been served.  Plaintiff also has not consented or declined to the jurisdiction of a magistrate judge, and plaintiff has not filed a case management statement.

//

**1. Defendants' Addresses.**  Plaintiff is ordered to provide the Clerk's Office with the current addresses of all defendants named in the first amended complaint on or before November 9, 2012.  *See* Dkt. No. 6.  Plaintiff is also advised that to comply with the Federal Rules of Civil Procedure, service must be effectuated on defendants by December 3, 2012.  Fed. R. Civ. P. 4(m) ("If a defendant is not served within 120 days after the complaint is filed, the court–on motion or on its own after notice to the plaintiff–must dismiss the action.").

**2. Consent/Declination to Jurisdiction.**  Plaintiff must consent or decline to the jurisdiction of a magistrate judge in accordance with 28 U.S.C. § 636(c) by November 16, 2012.  *See* consent/declination forms attached to this order.

**3. Case Management Conference.**  The case management conference scheduled for November 7, 2012 is continued to January 2, 2013 at 10:00 a.m.  The parties must file a joint case management conference statement one week prior to the case management conference.

In light of her pro se status, the Court again advises plaintiff that she may wish to seek assistance from the Legal Help Center, a free service of the Volunteer Legal Services Program, by calling 415.782.9000 x8657 or signing up for an appointment on the 15th floor of the Courthouse, Room 2796.  At the Legal Help Center, plaintiff may speak with an attorney who may be able to provide basic legal help, but not legal representation.  The Court also urges plaintiff to obtain a copy of the Pro Se Handbook, available free of charge from the Court's website (www.cand.uscourts.gov) or in the Clerk's Office on the 16th Floor, 450 Golden Gate Avenue, San Francisco, CA.

IT IS SO ORDERED.

DATED: November 2, 2012

NATHANAEL M. COUSINS
United States Magistrate Judge